# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**

Eric Malone, et al.,

v.

City of Chicago, et.al.

Case Number: 02 C 9306

Judge Zagel

FILED AUG — MICHAEL W. — CLERK, U.S. DIST — DOCKETED SEP 01 2004

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Officer Neuman, Star # 6517

Officer Payne, Star # 5963

Officer Cikulin, Star # 19303

Officer Merritt, Star # 15394

| (A) | (B) |
|---|---|
| SIGNATURE *[signed] Megan Kaszubinski* | SIGNATURE |
| NAME: MEGAN LEIGH KASZUBINSKI, ACC | NAME |
| FIRM: CORPORATION COUNSEL'S OFFICE | FIRM |
| STREET ADDRESS: 30 N. LaSALLE ST., SUITE 1400 | STREET ADDRESS |
| CITY/STATE/ZIP: CHICAGO, IL 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 742-6433 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER: 06280327 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE *[signed] Margaret A. Carey/MLK* | SIGNATURE |
| NAME: MARGARET A. CAREY, ACC | NAME |
| FIRM: CORPORATION COUNSEL'S OFFICE | FIRM |
| STREET ADDRESS: 30 N. LaSALLE ST., SUITE 1400 | STREET ADDRESS |
| CITY/STATE/ZIP: CHICAGO, IL 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 744-6073 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER: 06206693 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |