IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV 1 5 2005

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| | |
|---|---|
| ERIC MALONE, AUDREY PRESIDENT, AND ELAINE DUKE AND AUDREY PRESIDENT as best friends of TATIANA PRESIDENT, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 02 C 9306 |
| OFFICER V. NEWMAN, STAR #6517, OFFICER ) L. PAYNE, STAR #5963, OFFICER D. CIKULIN, ) STAR # 19303, OFFICER L. MERRITT, STAR # ) 15394, AND THE CITY OF CHICAGO, A ) MUNICIPAL CORPORATION, ) ) | Judge ZAGEL<br><br>Magistrate Judge KEYS |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith, and therefore, this cause should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_Standish E. Willis_ (signature)
Standish E. Willis
Teniece Guy
Attorney for plaintiffs
407 S. Dearborn Street, Suite 1735
Chicago, IL 60605
(312) 554-0005
Attorney No. 53066

Date: 11 - 3 - 05

Mara S. Georges,
Corporation Counsel of the City of Chicago

BY: _Megan Kaszubinski_ (signature)
Megan Kaszubinski
Assistant Corporation Cousnel
Attorney for all Defendants
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 06280327

Date: 11/15/05